# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00129-CV

**Abieyuwa Kyle Ikhinmwin, Appellant**

**v.**

**Northland Great Hills II LLC, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-23-005260, THE HONORABLE TODD T. WONG, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on May 24, 2024. On June 25, 2024, this Court sent a notice to appellant informing Abieyuwa Kyle Ikhinmwin that Appellant's brief was overdue and that a failure to file a satisfactory response by July 5, 2024, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief, a motion for extension of time, or other response. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed for Want of Prosecution

Filed: July 31, 2024